■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NANCY E. MC CARTHY, Appellant. [813 NYS2d 321]—Appeal from a judgment of the Ontario County Court (Craig J. Doran, J.), rendered December 7, 2004. The judgment convicted defendant, upon a jury verdict, of criminal possession of a forged instrument in the second degree and petit larceny.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting her, upon a jury verdict, of criminal possession of a forged instrument in the second degree (Penal Law § 170.25) and petit larceny (§ 155.25). By failing to renew her motion to dismiss the

indictment after presenting evidence, defendant failed to preserve for our review her contention that the evidence is legally insufficient to support the conviction of criminal possession of a forged instrument in the second degree (*see People v Hines*, 97 NY2d 56, 61 [2001], *rearg denied* 97 NY2d 678 [2001]; *People v Williams*, 17 AD3d 1043, 1045 [2005], *lv denied* 5 NY3d 811 [2005]). Contrary to the further contentions of defendant, the verdict is not against the weight of the evidence (*see generally People v Bleakley*, 69 NY2d 490, 495 [1987]), and she received meaningful representation (*see generally People v Baldi*, 54 NY2d 137, 147 [1981]). Defendant's remaining contentions are not preserved for our review (*see* CPL 470.05 [2]) and, in any event, those contentions lack merit. Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Kehoe and Hayes, JJ.